# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT MISSOURI

| | |
|---|---|
| ALTERRA BANK, | ) |
| Plaintiff, | ) Case No. 4:17-CV-00077-BP |
| v. | ) |
| INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC. and HARRISONVILLE SENIOR CARE CENTER, LLC, | ) |
| Defendants. | ) |

## DEFENDANT INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC.'S DISCLOSURE OF CORPORATION INTERESTS

Pursuant to Fed. R. Civ. P. 7.1 Defendant Interstate Underground Warehouse and Industrial Park, Inc. makes the following disclosures concerning parent companies, subsidiaries, and affiliates.

1. Interstate Underground Warehouse and Industrial Park, Inc. does not have a parent corporation.

2. Interstate Underground Warehouse and Industrial Park, Inc. is not a publicly held corporation or other publicly held entity.

3. Interstate Underground Warehouse and Industrial Park, Inc. does not have any subsidiaries that are not wholly-owned by Interstate Underground Warehouse and Industrial Park, Inc.

4. Interstate Underground Warehouse and Industrial Park, Inc. does not have any affiliates that have issued shares to the public.

Respectfully Submitted:

MCDOWELL RICE SMITH & BUCHANAN P.C.

By: /s/ Donald G. Scott
    Donald G. Scott #28192
    605 W 47th Street, Suite 350
    Kansas City, MO 64112
    Telephone: (816) 960-7368
    Telecopier: (816) 753-9996
    dscott@mcdowellrice.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this 3rd day of March, 2017, the above and foregoing was served via the Court's ECF system upon counsel for Plaintiff and a copy was mailed, via U.S. Mail, Postage prepaid, to: Andrew Muller, Stinson Leonard Street, LLP, 1201 Walnut St., Suite 2900, Kansas City, Missouri 64106.

    /s/ Donald G. Scott
    Attorney for Defendants